David W. SLAUGHTER, Executor of the Estate of Louis M. Slaughter, deceased, Plaintiff–Appellant,

and

Louis Slaughter, Sr., individually and by counsel, and by his duly named agent, David W. Slaughter, Plaintiff,

v.

James D. BARTON, a non-resident motorist, driver for Willis Shaw Express, Incorporated; Willie Shaw Express, Incorporated, Registered in Virginia; Comcar Industries, Incorporated, a foreign corporation not registered in Virginia, Defendants–Appellees,

and

William R. Light, Personal representative and Administrator of the Estate of Carolyn P. Slaughter, deceased, Defendant.

No. 03–2135.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2004.

Decided March 23, 2004.

Daniel B. Sweeney, Lynchburg, Virginia, for Appellant.

Brian Jackson, James F. Neal, McGuirewoods L.L.P., Charlottesville, Virginia; Amy M. Pocklington, McGuirewoods L.L.P., Richmond, Virginia, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

David W. Slaughter, executor of the estate of Louis M. Slaughter, appeals the district court's order granting Defendants' motion for summary judgment on his wrongful death action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Slaughter v. Barton,* No. CA-02-60-6 (W.D.Va. June 25, 2003; Aug. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*